**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1692**

———————

LUCILLE PHILLIPS,

                              Plaintiff - Appellant,

    versus

JOHN DALTON, Secretary of the Navy, Department
of the Navy; COMMANDER, NAVAL BASE SECURITY
DEPARTMENT,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge.
(CA-98-604-2)

———————

Submitted:  July 22, 1999         Decided:  July 27, 1999

———————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Lucille Phillips, Appellant Pro Se.  Lawrence Richard Leonard, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lucille Phillips appeals from a district court order dismissing without prejudice her complaint alleging employment discrimination. The court dismissed Phillips' complaint based on her failure to comply with its prior order directing her to particularize her complaint. Because Phillips may proceed with this action by amending her complaint to provide the information requested by the court, her appeal is interlocutory and not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED